**UNITED STATES of America,
Plaintiff,**

v.

**NEW YORK, NEW HAVEN and HART-
FORD RAILROAD COMPANY, Tri-Con-
tinental Financial Corporation, A. C.
Allyn and Company, Incorporated,
American Transportation Enterprises,
Inc., Equitable Securities Corporation,
Carl M. Loeb, Rhoades & Co., The Rob-
inson-Humphrey Company, Inc., and
John W. Clarke & Co., Defendants.**

United States District Court
S. D. New York.
June 18, 1959.

S. Hazard Gillespie, Jr., U. S. Atty.
for the Southern District of New York,
New York City, for the United States, by
Morton S. Robson, Asst. U. S. Atty., New
York City.

William T. Griffin, New York City,
for New York, New Haven & Hartford
Railroad Co.

McGOHEY, District Judge.

This unusual motion was, as appears
on p. 13 of the transcript of the argu-
ment on file, joined in by the defendant
New York, New Haven and Hartford
Railroad Company.

It is conceded, and I independently
find, that there is no genuine dispute of
fact. The facts and the issue of law
raised by the motion are precisely those
set forth and decided on a motion by
other defendants in this case for sum-
mary judgment in their favor, which was
granted. D.C., 170 F.Supp. 562. For
the reasons there stated, the instant
joint motion by the plaintiff and the
defendant New York, New Haven &
Hartford Railroad Company for summa-
ry judgment in favor of the latter, is
herewith granted.

So ordered.